AMY J. LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
GABE CASTILLO LAUGHTON (S.B. #342581)
gcastillolaughton@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
*Epson America, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC OFFICE SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EPSON AMERICA, INC.,<br><br>Defendant. | Case No. 8:24-cv-00351-KK-DFM<br><br>**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL** |
| EPSON AMERICA, INC.<br><br>Counter-Claimant,<br><br>v.<br><br>EPIC OFFICE SOLUTIONS, LLC<br><br>Counter-Defendant. | Judge: Hon. Kenly Kiya Kato<br>Magistrate: Hon. Douglas F. McCormick |

The Court, having considered the Parties' Joint Stipulation of Voluntary Dismissal, and finding good cause therefore, hereby **GRANTS** the joint stipulation. Epic's claims and Epson's counterclaims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: September 18, 2025

The Honorable Kenly Kiya Kato
U.S. DISTRICT COURT JUDGE